UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER R. CONVERSINO, | ) | CASE NO. 5:19-cv-2726 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. (Doc. No. 19.) Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. [. . .]

28 U.S.C. § 636(b)(1)(C).

On November 30, 2020, plaintiff filed a response indicating that he would be filing no objections (Doc. No. 20) and, therefore, has waived his right to a de novo determination by the district court of any issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The R&R recommends affirming the Commissioner's decision to deny disability insurance benefits and dismissing plaintiff's complaint. The Court has reviewed the R&R, finds it to be very thoroughly written and reasoned, and, therefore, accepts the same.

Accordingly, the Court concludes that the Commissioner's decision denying plaintiff's application for disability insurance benefits was supported by substantial evidence and must be **AFFIRMED**. This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

Dated: December 7, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**